# Court of Appeals
# of the State of Georgia

ATLANTA,__August 18, 2020_____

*The Court of Appeals hereby passes the following order:*

**A20A1284. JERRY THACKER et al. v. FRANK H. HORNE, III.**

This case was docketed by this Court on February 3, 2020. On March 2, 2020, we granted an extension for Appellant to file his brief and enumeration of errors until April 24, 2020. On March 14, 2020, the Supreme Court of Georgia declared a judicial emergency, which tolled and granted relief from any filing deadline. On May 11, 2020, the Supreme Court granted this Court the authority to reimpose those suspended deadlines on a case-by-case basis. On June 10, 2020, this Court issued an order for the Appellant's brief to be filed within 20 days. As of the date of this order, the Appellant still has not filed a brief and enumeration of errors. The filing is forty-nine (49) days late, and no request for an extension of time to file has been received.

Accordingly, this appeal is hereby deemed abandoned and DISMISSED pursuant to Court of Appeals Rule 23 (a). See also Court of Appeals Rule 13.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__08/18/2020_____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*